AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3 20 CV 05007 MAS DEA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UATP MANAGEMENT, LLC was received by me on *(date)* 4-28-2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* STEPHEN POLOZOLA , who is designated by law to accept service of process on behalf of *(name of organization)* UATP MANAGEMENT, LLC on *(date)* May 07, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ ----..

I declare under penalty of perjury that this information is true.

Date: 5-8-2020

*Kurt Schedler* (signature)
*Server's signature*

Kurt Schedler-PROCESS SERVER# PSC1098
*Printed name and title*

2221 Justin Road 119-328, Flower Mound, TX 75028
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 7, 2020, 2:00 pm CDT at Work: 2350 AIRPORT FREEWAY SUITE 505, BEDFORD, TX 76022 received by STEPHEN POLOZOLA. Age: 45-50; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'10"; Hair: Brown; Relationship: REGISTERED AGENT; Other: MR. POLOZOLA HAD SALT AND PEPPER/BALDING HAIR AND ALSO HAD A BEARD.;