UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>UATP MANAGEMENT, LLC.,<br><br>　　　　Defendant. | Case No.: 3:20-cv-05007-MAS-DEA<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Electronically Filed** |

**PLEASE TAKE NOTICE** that David S. Sager of DLA Piper LLP (US), 51 John F. Kennedy Parkway, Suite 120, Short Hills, New Jersey 07078-2704, hereby appears as counsel for Defendant UATP Management, LLC.

All future pleadings and correspondence concerning Defendant should be forwarded to the undersigned at the address below.

Dated: May 26, 2020

　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　By:　/s/ David S. Sager
　　　　　　　　　　　　　　　　David S. Sager
　　　　　　　　　　　　　　　　51 John F. Kennedy Parkway, Suite 120
　　　　　　　　　　　　　　　　Short Hills, New Jersey  07078
　　　　　　　　　　　　　　　　Tel:　(973) 520-2550
　　　　　　　　　　　　　　　　Fax:　(973) 520-2551
　　　　　　　　　　　　　　　　david.sager@dlapiper.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　*UATP Management, LLC*

-2-

## CERTIFICATE OF SERVICE

This certifies that the foregoing Notice of Appearance as to David S. Sager was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*/s/ David S. Sager*
David S. Sager
