UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UATP MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-05007-MAS-DEA<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**Document Electronically Filed** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant UATP Management, LLC hereby certifies as follows:

UATP Management, LLC is a non-governmental party. UATP Management, LLC is a limited liability company, not a corporation, and does not issue stock. 100% of UATP Management, LLC's membership interest is owned by UA Holdings, LLC.

Dated:  May 26, 2020

　　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　By:　*/s/ David S. Sager*
　　　　　　　　　　　　　　　　　　　David S. Sager
　　　　　　　　　　　　　　　　　　　51 John F. Kennedy Parkway, Suite 120
　　　　　　　　　　　　　　　　　　　Short Hills, New Jersey  07078
　　　　　　　　　　　　　　　　　　　Tel:　(973) 520-2550
　　　　　　　　　　　　　　　　　　　Fax:　(973) 520-2551
　　　　　　　　　　　　　　　　　　　david.sager@dlapiper.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*UATP Management, LLC*

-2-

## CERTIFICATE OF SERVICE

      This certifies that the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                    */s/ David S. Sager*
                                    David S. Sager