UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>UATP MANAGEMENT, LLC,<br><br>        Defendant. | Case No.: 3:20-cv-05007-MAS-DEA<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Electronically Filed** |

**PLEASE TAKE NOTICE** that William J. Diggs of DLA Piper LLP (US), 51 John F. Kennedy Parkway, Suite 120, Short Hills, New Jersey 07078-2704, hereby appears as counsel for Defendant UATP Management, LLC.

All future pleadings and correspondence concerning Defendant should be forwarded to the undersigned at the address below.

Dated: May 26, 2020

                                                                           **DLA PIPER LLP (US)**

                                              By:   */s/ William J. Diggs*
                                                           William J. Diggs
                                                           51 John F. Kennedy Parkway, Suite 120
                                                           Short Hills, New Jersey  07078
                                                           Tel:   (973) 520-2550
                                                           Fax:  (973) 520-2551
                                                           william.diggs@dlapiper.com

                                                           *Attorneys for Defendant*
                                                           *UATP Management, LLC*

-2-

## CERTIFICATE OF SERVICE

This certifies that the foregoing Notice of Appearance as to William J. Diggs was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*/s/ William J. Diggs*
William J. Diggs