# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UATP MANAGEMENT, LLC,<br><br>Defendant. | Case No.: 3:20-cv-05007-MAS-DEA<br><br>**STIPULATION AND ORDER**<br><br>**Document Electronically Filed** |

Plaintiff APFA, Inc. and Defendant UATP Management, LLC, by and through the undersigned counsel, hereby submit this Stipulation and Order and state as follows:

**WHEREAS** on April 23, 2020, Plaintiff filed the Complaint;

**WHEREAS** on May 7, 2020, the Complaint was served on Defendant;

**WHEREAS** pursuant to Federal Rule of Civil Procedure 12, Defendant's time to answer, move, or otherwise respond to the Complaint currently expires on May 28, 2020;

**WHEREAS** Defendant has not been granted any previous extension of time to answer, move, or otherwise respond to the Complaint;

**WHEREAS** good cause exists to enlarge the time for Defendant to answer, move, or otherwise respond to the Complaint to enable Defendant to adequately assess and respond to the Complaint, particularly in light of difficulties caused by the coronavirus pandemic;

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and the undersigned counsel for Defendant that Defendant's time to answer, move, or otherwise respond to the Complaint is extended from May 28, 2020 to June 29, 2020.

-2-

Dated:  May 26, 2020

| **MARKS & KLEIN, LLP** | **DLA PIPER LLP (US)** |
|---|---|
| By: */s/ Justin M. Klein*<br>Brent M. Davis, Esq.<br>Justin M. Klein, Esq.<br>63 Riverside Ave.<br>Red Bank, New Jersey 07701<br>(732) 747-7100 telephone<br>(732) 219-0625 facsimile<br>brent@marksklein.com<br>justin@marksklein.com<br><br>*Attorneys for Plaintiff* | By: */s/ David S. Sager*<br>David S. Sager<br>William J. Diggs<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey  07078<br>Tel:    (973) 520-2550<br>Fax:   (973) 520-2551<br>david.sager@dlapiper.com<br>william.diggs@dlapiper.com<br><br>*Attorneys for Defendant* |

**SO ORDERED**, this ___29th___ day of ___May___, 2020.

                                                        s/Douglas E. Arpert

                                      Hon. ___Douglas E. Arpert___, USMJ

## CERTIFICATE OF SERVICE

This certifies that the foregoing Stipulation and Order was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ David S. Sager*
David S. Sager