# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-cv-05007 |
| | ) |
| UATP MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER FOR INJUNCTIVE RELIEF
## PURSUANT TO *FED R. CIV. P. 65*

**THIS MATTER** having been opened to the Court on Motion by the Plaintiff, APFA, Inc., by and through its counsel, for an Order Preliminarily Enjoining Defendant UATP Management, Inc. pursuant to *Fed. R. Civ. P.* 65, and upon the papers submitted by counsel, and for good cause being shown,

**IT IS** on this ____ day of _____, 202_,

**ORDERED** that, pending a determination by this Court on the merits, the Defendant is enjoined from enforcing, or attempting to enforce, the arbitration agreement contained within the so-called "Amendment to Franchise Agreement (Membership Agreement)" as against any franchisee; and

**IT IS FURTHER ORDERED** that this preliminary injunction is granted on a nationwide basis.

_____
Hon. Michael A. Shipp, U.S. Maj. Judge