# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| APFA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-05007 |
| | ) | |
| UATP MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Respectfully submitted by:

**MARKS & KLEIN, LLP**

Dated:   June 16, 2020

/s/ *Brent M. Davis*
Brent M. Davis
*Attorney for APFA, Inc.*