David S. Sager
William J. Diggs
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(973) 520-2550
david.sager@dlapiper.com
william.diggs@dlapiper.com

*Attorneys for Defendant*
*UATP Management, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **APFA, INC.,**<br><br>Plaintiff**,**<br><br>v.<br><br>**UATP MANAGEMENT, LLC,**<br><br>Defendant. | HONORABLE MICHAEL A. SHIPP<br>Civil Action No.  3:20-CV-05007<br><br>**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING ARBITRATION**<br><br>(Document Electronically Filed) |

**TO:**   Brent M. Davis, Esq.
Justin M. Klein, Esq.
**MARKS & KLEIN, LLP**
63 Riverside Ave.
Red Bank, New Jersey 07701

*Attorneys for Plaintiff*

**COUNSEL:**

Please take notice that on August 3, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for UATP Management, LLC ("UATP") shall move before the United States District Court for the District of New Jersey, Newark Vicinage, located at 50 Walnut Street, Newark, NJ 07102, for an Order dismissing the Complaint of APFA, Inc. ("APFA") or, in the alternative, to stay this action pending arbitration.

Please take further notice that in support thereof, UATP shall rely upon the accompanying brief. A proposed form of Order is submitted herewith.

Please take further notice that oral argument is requested.

Dated: June 29, 2020

**DLA PIPER LLP (US)**

*/s/* David S. Sager
David S. Sager
William J. Diggs
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(973) 520-2550
david.sager@dlapiper.com
william.diggs@dlapiper.com

Norman Leon (*pro hac vice* forthcoming)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
(312) 368-4044
norman.leon@dlapiper.com

Karen C. Marchiano (*pro hac vice* forthcoming)
2000 University Avenue
East Palo Alto, California  94303
(650) 833-2170
karen.marchiano@us.dlapiper.com

*Attorneys for Defendant*
*UATP Management, LLC*