UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UATP MANAGEMENT, LLC, <br><br> Defendant. | HONORABLE MICHAEL A. SHIPP <br> Civil Action No.  3:20-CV-05007 <br><br> **[PROPOSED] ORDER** <br><br> (Document Electronically Filed) |

**AND NOW**, this _____ day of _____, ____, upon consideration of the motion to dismiss of UATP Management, LLC ("UATP"), or, in the alternative, to stay this action pending arbitration, along with any written and/or oral arguments thereon, **IT IS** hereby **ORDERED** that said motion to dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____
Michael Shipp, U.S.D.J