David S. Sager
William J. Diggs
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(973) 520-2550
david.sager@dlapiper.com
william.diggs@dlapiper.com

*Attorneys for Defendant*
*UATP Management, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| APFA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UATP MANAGEMENT, LLC, <br><br> Defendant. | HONORABLE MICHAEL A. SHIPP <br> Civil Action No. 3:20-CV-05007 <br><br> **CERTIFICATE OF SERVICE** <br><br> (Document Electronically Filed) |

I, David S. Sager, hereby certify that on June 29, 2020, I electronically filed the following documents using the Court's electronic filing system:

1. Notice of Motion to Dismiss Complaint or, in the Alternative, to Stay This Action Pending Arbitration;

2. Brief in Support of Motion to Dismiss Complaint;

3. Declaration of Stephen Polozola in Support of Motion to Dismiss Complaint;

4. Proposed Form of Order; and

5. This Certificate of Service.

Parties may access this filing through the Court's CM/ECF system.

/s/ David S. Sager
David S. Sager