**MARKS & KLEIN, LLP**
Brent M. Davis, Esq.
Justin M. Klein, Esq.
63 Riverside Avenue
Red Bank, N.J. 07701
Tel: (732) 747-7100
Fax: (732) 219-0625
justin@marksklein.com
brent@marksklein.com
*Attorneys for Plaintiff*
*APFA, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **APFA, INC.** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Case No. 3:20-cv-05007-MAS-DEA<br>) |
| **UATP MANAGEMENT, LLC,** | ) **STIPULATION AND**<br>) **ORDER**<br>) |
| **Defendant.** | ) |

Plaintiff APFA, Inc. and Defendant UATP Management, LLC, by and through the undersigned counsel, hereby submit this Stipulation and Proposed Order and state as follows:

**WHEREAS** on June 16, 2020, Plaintiff filed its Motion for Injunctive Relief [Dkt. No. 10];

**WHEREAS** on June 29, 2020, Defendant filed its Motion to Dismiss [Dkt. No. 11];

**WHEREAS** on July 6, 2020, Defendant filed its Opposition to Plaintiff's Motion for Injunctive Relief [Dkt. No. 12];

**WHEREAS** Plaintiff's Reply Brief in Support of its Motion for Injunctive Relief is currently due on or before July 13, 2020;

**WHEREAS** Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on or before July 20, 2020;

**WHEREAS** Defendant's Reply Brief in Support of its Motion to Dismiss is currently due on or before July 27, 2020;

**WHEREAS** no previous requests have been made for extensions of these deadlines; and

**WHEREAS** good cause exists to permit the parties a brief extension of these deadlines, including that the Covid-19 pandemic has created difficulties in meeting ordinary court deadlines.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and the undersigned counsel for Defendant that:

- Plaintiff's deadline to file its Reply Brief in Support of its Motion for Injunctive Relief be extended from July 13, 2020 to July 29, 2020;
- Plaintiff's deadline to file its Opposition to Defendant's Motion to Dismiss be extended from July 20, 2020 to August 3, 2020; and

- Defendant's deadline to file its Reply Brief in Support of its Motion to Dismiss extended from July 27, 2020 to August 26, 2020.

Dated: July 11, 2020

| **MARKS & KLEIN, LLP** | **DLA PIPER LLP (US)** |
|---|---|
| By: */s/ Brent M. Davis* | By: */s/ David S. Sager* |
| Brent M. Davis, Esq. | David S. Sager, Esq. |
| Justin M. Klein, Esq. | William J. Diggs, Esq. |
| 63 Riverside Ave. | 51 John F. Kennedy Parkway |
| Red Bank, NJ 07701 | Suite 120 |
| Tel: (732) 747-7100 | Short Hills, NJ 07078 |
| Fax: (732) 219-0625 | Tel: (973) 520-2550 |
| brent@marksklein.com | Fax: (973) 520-2551 |
| justin@marksklein.com | david.sager@dlapiper.com |
|  | william.diggs@dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED**, this   13th   day of   July  2020.

_s/Douglas E. Arpert_
Hon. Douglas E. Arpert, U.S.M.J.