# EXHIBIT B

017-316957-20

FILED
TARRANT COUNTY
6/19/2020 11:19 AM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 017-316957-20**

| | | |
|---|---|---|
| **CONWAY URBAN AIR, LLC,** § | | **IN THE DISTRICT COURT OF** |
| *Plaintiff*, § | | |
| v. § | | |
| § | | **TARRANT COUNTY, TEXAS** |
| **UATP MANAGEMENT, LLC,** § | | |
| **MICHAEL O. BROWNING, JR., and** § | | |
| **ALIX WREN,** § | | |
| *Defendants*. § | | **17th JUDICIAL DISTRICT** |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND ~~DISMISS OR~~ STAY PROCEEDINGS**

The Court, having reviewed and considered Defendants' Motion to Compel Arbitration and Dismiss or Stay Proceedings, the pleadings on file (including any responses and replies to the motion), and the arguments of counsel, hereby **GRANTS** Defendants' Motion to Compel Arbitration. Plaintiff is, therefore, **ORDERED** to pursue all its claims against Defendants, if at all, in arbitration pursuant to the Arbitration Agreement.

~~The Court further **GRANTS** Defendants' Request for Attorneys' fees. Therefore, Plaintiff is hereby **ORDERED** to pay Defendants' attorneys' fees and costs associated with bringing this Motion to Compel Arbitration in the amount of $_____. In addition, the Court:~~

~~_____ **GRANTS** Defendants' Motion to Dismiss the Proceedings. It is, thus, **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED** with prejudice.~~

_____ **GRANTS** Defendants' Motion to Stay the Proceedings. It is, thus, **ORDERED** that this action is stayed ^until the earlier of one (1) year or resolution of pending arbitration of Plaintiff's claims before the American Arbitration Association.



EMAILED
7/22/2020

CLB

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION—PAGE 1**
EAST\174930851.1

**IT IS SO ORDERED.**

SIGNED this 22nd day of _____July_____, 2020.

                                        *Melody Wilkinson*
                                    JUDGE MELODY WILKINSON



EMAILED
7/22/2020

CLB

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION—PAGE 2**
EAST\174930851.1